UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Yvonne Frost*

Write the full name of each plaintiff.

**20 CV 2132**

_____CV_____
(Include case number if one has been assigned)

-against-

*Ron Johnson*
*Burisma*
*US Congress*
*Joe Biden*
*Hunter Biden*

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

SDNY PRO SE OFFICE
2020 MAR -6  AM 11:00

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Abuse of Power

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Yvonne                        Frost
First Name          Middle Initial          Last Name

40 Ann Street
Street Address

New York                    NY            10038
County, City                State          Zip Code

_____    Yvonne.Frost1@aol.com
Telephone Number            Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    _BURISMA_____

                First Name                Last Name

                _____

                Current Job Title (or other identifying information)

                _____

                Current Work Address (or other address where defendant may be served)

                _____

                County, City                State                Zip Code

Defendant 2:    _US CONGRESS_____

                First Name                Last Name

                _____

                Current Job Title (or other identifying information)

                _____

                Current Work Address (or other address where defendant may be served)

                _____

                County, City                State                Zip Code

Defendant 3:    _RON   JOHNSON_____

                First Name                Last Name

                _____

                Current Job Title (or other identifying information)

                _____

                Current Work Address (or other address where defendant may be served)

                _____

                County, City                State                Zip Code

Defendant 5:   Hunter BIDEN

Page 4

Defendant 4: _JOE    BIDEN_

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State                    Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _Via VISION_

Date(s) of occurrence: _Vision shown separately starting 29th feb-_
_03/05/20_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Senator Ron Johnson I read in yesterday's AM Metro Newspaper "you expected to issue an interim "report" on an investigation involving the former role of Biden's businessman son Hunter Biden as board director for the Ukrainian gas company Burisma."

I also read where you said "You were hoping to do it in a month or two."

Why go through all of that when you can simply go to "a" or "the" direct source almighty God. It appears to me the American people have forgotten about the omniscient one.

I was a little disappointed and got very depressed by the statement you made. Both sides Republic and Democrat appear to me to have forgotten

Page 5

FACT 2

one told "to get it."
I heard something else about "security reasons" and
you all aught to be careful — watch for it."
The conversation continued "How are you getting in."
I heard "I have dad behind me".
Another person said to someone "Give it to the person
behind you."
"Step into my area feel how it feels/is."
Dad came and saw him counting. I heard the
counter said "I have x amount to go don't stop
me now".
I next heard "Remove that out of there".
The money was stuck tightly together by pressure
when being separated. It appeared to have been vacumed.
My heart is shattered. Since I saw it I became depressed.
I felt betrayed by a very important person I was
looking up to.
What I have seen and heard makes me not want
to vote now. This was the person I had in mind of
casting my vote to. I am holding the defendants
accountable for corruption and betraying the American people.
and myself. I am holding the defendants accountable
for lieing to the American people and myself.

the one who holds all power.

The things I am about to write about were conversations going back and forth between three people I heard and saw. It started off this way "Put your hands on your neck - you are elegant".

"I am getting one million for this job that is okay".

"The difference is "you have to get home first." I saw the money thrown down a hole and some→

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Shock. Depress. Overwhelma. Discouraged.
Chest Pain. HEADACHES. ANXIOUS

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I would like to ask the court to appoint a watchman over the democrats.

I would like to ask the court to order the defendants compensate me for pain and suffering emotional and psychological distress.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| _03 / 06 / 20_ | _Yvonne Frost_ |
| Dated | Plaintiff's Signature |
| _Yvonne_ | _Frost_ |
| First Name          Middle Initial | Last Name |
| _40 Ann Street_ | |
| Street Address | |
| _New York_          _NY_          _10038_ | |
| County, City          State          Zip Code | |
| | _Yvonne.Frost1@aol.com_ |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.