UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| YVONNE FROST, | |
|---|---|
| Plaintiff, | |
| -against- | 1:20-CV-2132 (CM) |
| RON JOHNSON; BURISMA; U.S. CONGRESS; JOE BIDEN; HUNTER BIDEN, | CIVIL JUDGMENT |
| Defendants. | |

Pursuant to the order issued March 11, 2020, denying Plaintiff's request to proceed *in forma pauperis* and her motion for leave to file this action,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's request to proceed *in forma pauperis* and her motion for leave to file this action are denied.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court note service on the docket. Plaintiff has consented to electronic service of Court documents. (ECF 5.)

SO ORDERED.

Dated: March 11, 2020
New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge